THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,
a Delaware limited liability company,

    Plaintiff,

v.                                      CASE NO. 1:10-cv-28-SPM-GRJ

LANDMARK AMERICAN INSURANCE
COMPANY, an Oklahoma corporation,
ROCKHILL INSURANCE COMPANY,
an Arizona corporation,
and WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, a Georgia
corporation,

    Defendants.
_____/

## O R D E R

The matter is before the Court on Defendants' Motion To Compel Documents. (Doc. 85.) In their motion Defendants request an order compelling Plaintiff to produce documents that Plaintiff claims are privileged because Plaintiff's failed to provide Defendants with a privilege log as required under Fed. R. Civ. P. 26(b)(5)(A). In "Defendants' Supplemental To Its Motion To Compel Document" Defendants now advise the Court that the parties have agreed to allow the Plaintiff through May 9, 2011 to serve a privilege log under Fed. R. Civ. P. 26(b)(5)(A). (Doc. 86.)

Because the parties have stipulated to a May 9, 2011 deadline for Plaintiff to serve a privilege log Defendant's motion is due to be **DENIED as moot**.

Accordingly, it is hereby **ORDERED** that:

    1.      Defendants' Motion To Compel Documents (Doc. 85) is **DENIED as**

**moot**.

2. Plaintiff shall provide Defendants with a privilege log in the form provided under Fed. R. Civ. P. 26(b)(5)(A) on or before **May 9, 2011.**

**DONE AND ORDERED** this 14th day of April, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge