IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.                                                      CASE NO. 1:10-cv-28-SPM-GRJ

LANDMARK AMERICAN INSURANCE
COMPANY, an Oklahoma corporation,
ROCKHILL INSURANCE COMPANY,
an Arizona corporation, and
WESTCHESTER SURPLUS LINES INSURANCE
COMPANY, a Georgia corporation

    Defendants.
_____/

## O R D E R

This matter is before the Court upon Defendants' Motion For Leave To File Reply To (1) Plaintiff's Response To Defendants' Motion To Extend Mediation Deadline; And (2) Plaintiff's Supplemental Response To Defendants' Motion To Extend Mediation Deadline.  (Doc. 92.)  Defendants recently filed a Motion To Extend Mediation Deadline in this case, requesting the Court to extend the mediation deadline in this case from the current June 30, 2011 deadline until October 30, 2011 in order to allow the Defendants the opportunity to depose Plaintiff's corporate representative and then prepare a motion for summary judgment based upon that deposition testimony. (Doc. 87.)

Plaintiff has filed two separate responses to the Defendants' motion to extend the mediation deadline.  (Docs. 88 & 91.)  In its responses, Plaintiff advises the Court that a mediation session has been scheduled in the companion case to this action, Case No. 1:09-cv-254-SPM-GRJ (the "Contractor Action"), for June 22 and 23, 2011 in

Orlando.  Plaintiff also advises that, although Plaintiff has arranged for its corporate representative to be available to be deposed by Defendants' counsel between June 7 and 10, 2011, that Defendants' counsel has informed Plaintiff's counsel that Defendants' counsel will be unavailable to depose Plaintiff's corporate representative during that time period.  Plaintiff requests that the Court require Defendants to: (1) depose Plaintiff's corporate representative between June 7 and 10, 2011 or alternatively be prevented from ordering the transcript of the deposition of Plaintiff's representative for use in preparing for Plaintiff's deposition and (2) participate in the mediation scheduled in Orlando for the Contractor Action on June 22 and 23, 2011. (Doc. 91.)

   Defendants seek the Court's permission to file a reply to Plaintiff's Response To Defendants' Motion To Extend Mediation Deadline (Doc. 88) and Plaintiff's Supplemental Response To Defendants' Motion To Extend Mediation (Doc. 91).  In support of this request, Defendants suggest that a reply would clarify the scheduling and factual issues raised in Plaintiff's two responses to Defendants' motion to extend the mediation deadline.

   Based upon the foregoing the  the Court determines that a reply by Defendants to Plaintiff's two responses would assist the Court in ruling on Defendants' motion to extend the mediation deadline in this case.

   Accordingly, upon due consideration, it is hereby **ORDERED** that:

1. Defendants' Motion For Leave To File Reply To (1) Plaintiff's Response To Defendants' Motion To Extend Mediation Deadline And (2) Plaintiff's Supplemental Response To Defendants' Motion To Extend Mediation Deadline (Doc. 92) is hereby **GRANTED.**

2.     Counsel for Defendants shall file a reply to Plaintiff's Response To Defendants' Motion To Extend Mediation Deadline (Doc. 88) and Plaintiff's Supplemental Response To Defendants' Motion To Extend Mediation Deadline (Doc. 91) on or before **April 29, 2011**.

**DONE AND ORDERED** this 25th day of April, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge