IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THE BARTRAM, LLC,

    Plaintiff,

v.        CASE NO. 1:10-cv-28-SPM-GRJ

LANDMARK AMERICAN INSURANCE
COMPANY, an Oklahoma corporation,
ROCKHILL INSURANCE COMPANY,
an Arizona corporation, and
WESTCHESTER SURPLUS LINES INSURANCE
COMPANY, a Georgia corporation

    Defendants.
_____/

## O R D E R

This matter is before the Court upon Defendants' Unopposed Motion For Enlargement of Time To File Trial Exhibit List (Doc. 157) and Defendants' Motion For Leave To File A Reply To Plaintiff's Response To Defendants' Notice of Potential Trial Conflict. (Doc. 159.)

In their motion for enlargement of time the Defendants request permission to file their trial exhibit list on or before December 14, 2011. The most recent scheduling order in this case did not specify a deadline for the parties to exchange their Rule 26(a)(3) exhibit lists. (Doc. 70.) The scheduling order in the related Contractor Action, however, specified a November 30, 2011 deadline for the parties in the Contractor Action to exchange their Rule 26(a)(3) exhibit lists. (1:09-cv-254 Doc. 130.) Plaintiff does not oppose the request. Accordingly, Defendants' request for an extension of time to exchange their Rule 26(a)(3) exhibits lists is due to be granted. The deadline to exchange Rule 26(a)(3) exhibit lists is **December 14, 2011** and the deadline to file

objections to the opposing party's Rule 26(a)(3) exhibits is **January 6, 2012.**

Defendants also request permission to file a reply to Plaintiff's Response (Doc. 156) to Defendants' Notice of Potential Trial Conflict and Request For Protection. (Doc. 154.)  While Plaintiff objects to Defendants' request to file a reply, the Court determines that a reply should be permitted.

Accordingly, upon due consideration, it is **ORDERED**:

1. Defendants' Unopposed Motion For Enlargement of Time To File Trial Exhibit List (Doc. 157) is **GRANTED.**  The parties shall exchange their Rule 26(a)(3) exhibit lists on or before **December 14, 2011.**  The deadline to file objections to Rule 26(a)(3) exhibits is **January 6, 2012.**

2. Defendants' Motion For Leave To File A Reply To Plaintiff's Response To Defendants' Notice of Potential Trial Conflict (Doc. 159) is **GRANTED.**  Counsel for Defendants may file a reply to Plaintiff's response to the Notice of Trial Conflict and Request for Protection on or before **December 13, 2011**.

**DONE AND ORDERED** this 6th day of December, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge